

# In the Missouri Court of Appeals
## Eastern District

NOVEMBER 12, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED100116    TODD WILEY, APP V STATE OF MISSOURI, RES

2.     ED100257 STATE OF MISSOURI, RES V STEVEN HAYWOOD, APP

3.     ED100454 STATE OF MISSOURI, RES V. GEORGE FEDE, APP

4.     ED100627 STATE OF MISSOURI, RES V JAMIKEO N. THOMPSON, APP

5.     ED100661 QUINTIN GRAY, SR., APP V STATE OF MISSOURI, RES

6.     ED100735 STATE OF MISSOURI, RES V GRIEG RAGEN, APP

7.     ED100854 BRANDON PAYNE, APP V STATE OF MISSOURI, RES

8.     ED100874 STATE OF MISSOURI, RES/CROSS- APP V D. WATKINS,APP

9.     ED100994 CLEO HINES, APP V STATE OF MISSOURI, RES

10.    ED101122 IN THE INTEREST OF:  A.C.B.

11.    ED101259    JAMES A. HEBERER, APP V STATE OF MISSOURI, RES

12.    ED101375 VENUS WILLIAMS, APP V  BELLEFONTAINE HAB & DES RES